## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JONATHAN WATKINS, | ) | 3:15-cv-00186-MMD-VPC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 28, 2016 |
| | ) | |
| NATHAN HUGHES, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion to file late exhibits (ECF No. 32), defendant's request for instruction regarding ECF No. 32 (ECF No. 36), and plaintiff's non-opposition to defendant's request for instruction (ECF No. 38).

Plaintiff's motion to file late exhibits (ECF No. 32) is **GRANTED** and defendant's request for instruction (ECF No. 36) is **GRANTED**.

Plaintiff will have until December 12, 2016 to re-serve and file his exhibits.  Defendant will have leave to file an amended reply by December 28, 2016.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

BY:      /s/
         Deputy Clerk

1